In the Matter of the Claim of BIAGIO FUSCO, Respondent, against CITY OF NEW YORK, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Argued May 16, 1939; decided May 31, 1939.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *Daniel L. Cammarano* of counsel), for appellant.

*T. Carlyle Jones, amicus curiæ.*

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J